# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Haddon, Sam E. | 2. Court or Organization<br><br>District Court - Montana | 3. Date of Report<br><br>05/18/2001 |
|---|---|---|
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>U.S. District Judge (Nominee) | 5. Report Type (check type)<br><br>X  Nomination, Date 05/17/2001<br><br>__ Initial  __ Annual  __ Final | 6. Reporting Period<br>01/01/2000<br>to<br>04/30/2001 |
| 7. Chambers or Office Address<br><br>301 S. Park<br><br>Helena, MT  59626 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____  Date _____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Vice President | Boone, Karlberg & Haddon P.C. |
| 2 | Partner | Central Square Partnership |
| 3 | Partner | Boone, Karlberg & Haddon |

## II. AGREEMENTS *(Reporting individual only; see pp.14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | NONE (No reportable agreements.) | |
| 1 | | A sum certain value for my interest as Shareholder in Boone, Karlberg & Haddon P.C. will be established and, upon my confirmation, that interest (cntd Part 8) |
| 2 | | My vested interest account in the Boone, Karlberg & Haddon P.C. Profit Sharing Plan and Trust, Thomas H. Boone, Trustee, from which I am eligible (cntd Part 8) |
| 3 | | |

## III. NON-INVESTMENT INCOME *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 12/31/00 | Boone, Karlberg & Haddon P.C. - Wages | 171157.69 |
| 2 | 12/31/00 | University of Montana School of Law - Wages | 3000.00 |
| 3 | 04/30/01 | Boone, Karlberg & Haddon P.C. - Wages | 40333.36 |
| 4 | 12/31/00 | Judy L. Schmidt, M.D. -- Wages for spouse, Betty L. Haddon | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| | NONE (No such reportable gifts.) | | |
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | First Trust Company of Montana | Industrial Revenue Bonds | L |
| 2 | City of Missoula | Mortgage Note | J |
| 3 | City of Missoula | Lease | K |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES:J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure. | B.<br>Income during reporting period | | C.<br>Gross value at end of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code<br>(A-H) | (2)<br>Type<br>(e.g.,<br>dividend,<br>rent or<br>interest) | (1)<br>Value<br>Code<br>(J-P) | (2)<br>Value<br>Method<br>Code<br>(Q-W) | (1)<br>Type<br>(e.g., buy,<br>sell, partial<br>sale,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month-<br>Day | (3)<br>Value<br>Code<br>(J-P) | (4)<br>Gain<br>Code<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Boone, Karlberg & Haddon P.C. Employee Profit Sharing Trust | G | Distribution | P1 | W | Exempt | | | | |
| 2 Sterling Financial Corportion | A | Dividend | J | T | Exempt | | | | |
| 3 Central Square Building | F | Rent | N | W | Exempt | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1 Inc/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=$5,000,001 or more

2 Val Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
(Col. C1, D3)   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

3 Val Mth Codes:   Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(Col. C2)   U=Book Value   V=Other   W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 2: Parties and Terms re: A sum cert, cntd ...will be acquired by cash purchase by the P.C. or its remaining Shareholders

PART 2: Parties and Terms re: My vested , cntd ...to make withdrawals, will be transferred to a personal IRA account upon confirmation.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Haddon, Sam E. | 05/18/2001 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

PART 2: Parties and Terms re: A sum cert, cntd ...will be acquired by cash purchase by the P.C. or its remaining Shareholders

PART 2: Parties and Terms re: My vested , cntd ...to make withdrawals, will be transferred to a personal IRA account upon confirmation.

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Sam E Haddon_   Date _May 18, 2001_

Note:   Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

**FILING INSTRUCTIONS**

**Mail original and three additional copies to:**

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544